FILED
CLERK, U.S. DISTRICT COURT

May 26, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS VOSS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:15-CV-01126-SVW (FFMx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

　　　Based upon the stipulation of the parties and for good cause shown,

　　　IT IS HEREBY ORDERED that this action, Case No. 2:15-CV-01126-SVW (FFMx), is dismissed in its entirety as to all defendants, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: __May 26__, 2015

　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

143428 1

1

Case No. 2:15-CV-01126-SVW (FFMx)
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION